U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION

FEB 6 2026

FILED

LOUISE JOHNS DYE,

    Plaintiff,

      v.

TRACTOR SUPPLY COMPANY;
MEDEIROS FAMILY LAND, LP;
JOHN/JANE DOES 1-5; and
RICHARD ROE CORPORATIONS 1-5,

    Defendants.

CV 125-288

## O R D E R

Before the Court is the Parties' consent motion to dismiss Defendant Medeiros Family Land, LP without prejudice under Federal Rule of Civil Procedure 41(a).  (Doc. 21.)

"Rule 41(a) allows a district court to dismiss all claims against *a particular defendant.*"  City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1036 (11th Cir. 2023) (citations omitted).  The pending motion has been signed by all Parties; therefore, the Court finds dismissal of Defendant Medeiros Family Land, LP appropriate.

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** as to Defendant Medeiros Family Land, LP.  The Clerk is **DIRECTED** to **TERMINATE** Defendant Medeiros Family Land, LP as a party to this action and any motions pertaining to it.  This action shall

remain pending in all respects as to the remaining Parties. Each Party shall bear its own costs and fees unless otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this ___6th___ day of February, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2